**Lena Fishman, appellee, v. Samuel J. Rosenthal, appellant. Gen. No. 27,689.**

Action of forcible detainer. Judgment for plaintiff for possession. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed November 8, 1922.

Raber, Kostner, Andalman & Arvey, for appellant; Maxwell N. Andalman and Nat. M. Kahn, of counsel. Rice & De Bartolo, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**Louis Schneiderman, appellee, v. C. M. Eillids, appellant. Gen. No. 27,701.**

Action of forcible detainer. Judgment for plaintiff for possession. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed with finding of facts. Opinion filed November 8, 1922.

J. S. Dudley, for appellant. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**Harry Hamborg and Carrie Hamborg, appellees, v. Henry Schrik and John Schrik, trading as Henry Schrik & Company, appellants. Gen. No. 27,726.**

Action of tort for damages for filing for record a contract which was afterward removed as a cloud on plaintiffs' title. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. John Greenway, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed on remittitur. Opinion filed November 8, 1922. Rehearing denied November 21, 1922.

Lucius, Buehler & Lucius, for appellants; Ernst Buehler, of counsel. Francis F. Moran, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

---

**Gray Newart & Company, appellee, v. Joseph Jaffe, appellant. Gen. No. 28,251.**

Suit to enjoin defendant from soliciting business from complainant's customers in violation of a contract. Injunction granted. Interlocutory appeal from the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed and remanded with directions. Opinion filed November 8, 1922.

Harry G. Wexler, for appellant. Henry H. Koven, for appellee; Sol. W. Harris, of counsel.

Mr. Justice Gridley delivered the opinion of the court.